JERRY L. GARDNER et al., Appellants, *v.* TOWN OF CAMERON, Defendant, and BUFFALO STEAM ROLLER COMPANY, Respondent, Impleaded with Others.

(Submitted June 4, 1914; decided June 18, 1914.)
*Gardner* v. *Town of Cameron*, 155 App. Div. 750, appeal dismissed.

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered March 12, 1913, which reversed an order of Special Term adjudging the respondent herein guilty of contempt of court.

*James O. Sebring* for appellants.

*Charles J. Deckop* for respondent.

Appeal dismissed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., WERNER, HISCOCK, CHASE, HOGAN, MILLER and CARDOZO, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN LYNCH, Appellant, *v.* RHINELANDER WALDO, as Police Commissioner of the City of New York, Respondent.

*People ex rel. Lynch* v. *Waldo*, 155 App. Div. 134, affirmed.
(Argued June 4, 1914; decided June 18, 1914.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered February 7, 1913, which dismissed a writ of certiorari and confirmed the proceedings of the defendant in dismissing the relator from the police department of the city of New York.

*Florence J. Sullivan, Edwin W. Cady* and *Raymond D. Fuller* for appellant.

*Frank L. Polk, Corporation Counsel* (*Terence Farley* of counsel), for respondent.

Order affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., WERNER, HISCOCK, CHASE, MILLER and CARDOZO, JJ. Dissenting: HOGAN, J.